IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK PEARSON & DEEVEE PEARSON                       PLAINTIFFS

v.                     No. 4:11-cv-00538 KGB

PULASKI COUNTY SPECIAL SCHOOL DISTRICT            DEFENDANT

## JUDGMENT

Pursuant to the Court's Opinion and Order of January 25, 2013, judgment is entered against the defendant for $12,500.00. The Clerk is directed to close this case.

SO ORDERED this 29th day of January, 2013.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge