## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MARK PEARSON & DEEVEE PEARSON**  PLAINTIFFS

v.  No. 4:11-cv-00538 KGB

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**  DEFENDANT

### JUDGMENT

Pursuant to the Court's Opinion and Order of January 25, 2013, judgment is entered against the defendant for $12,500.00. The Clerk is directed to close this case.

SO ORDERED this 29th day of January, 2013.

_____
Kristine G. Baker
United States District Judge